IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLIDDIE CHAMBERS,**

    Plaintiff,
vs.                                                             5:05cv157-RH/WCS

**JO ANNE B. BARNHART, Commissioner**
of the Social Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").  Doc. 14.  Defendant has filed a response.  Doc. 16.  The parties have agreed to an award of attorney fees in the amount of $625.00.

In light of the above, it is **RECOMMENDED** that Plaintiff's petition for attorney's fees, doc. 14, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $625.00 as a reasonable fee.

**IN CHAMBERS** at Tallahassee, Florida, on March 10, 2006.

                                            s/ William C. Sherrill, Jr.
                                            **WILLIAM C. SHERRILL, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may serve and file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.