# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CLIDDIE CHAMBERS,

    Plaintiff,

v.                                                                 CASE NO.  5:05cv157-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## **ORDER AWARDING ATTORNEY'S FEES**

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Claimant's application for attorney's fees (document 14) is GRANTED.  Defendant shall pay to Quinn Eric Brock the sum of $625 as attorney's fees pursuant to the Equal Access to Justice Act.

    SO ORDERED this 19th day of April, 2006.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge